# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONAH AMSEL, | |
| Plaintiff, | Case No. 2:16-cv-00999-RFB-GWF |
| vs. | **ORDER** |
| DOUGLAS D. GERRARD, DOLORES ELIADES, and ARISTOTELIS ELIADES, | |
| Defendants. | |

This matter is before the Court on Defendant Douglas D. Gerrard's ("Defendant") Motion to Seal (ECF No. 36), filed on July 1, 2016. Plaintiffs filed a Notice of Non-Opposition (ECF No. 37) on July 1, 2016.

There is a strong presumption of public access to judicial records. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). For dispositive motions, a party seeking to seal a judicial record must meet the high threshold showing that "compelling reasons" support secrecy. *Id.* at 1180. Rule 5.2 of the Federal Rules of Civil Procedure provides that a filing should not contain an individual's full social security number, financial account number, taxpayer-identification number, or birth date. *See* Fed. R. Civ. P. 5.2(a).

Defendant seeks to seal exhibits A and B attached to Defendant's Motion to Dismiss (ECF No. 35) based on his inadvertent failure to comply with Rule 5.2. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Seal (ECF No. 36) is **granted**.

**IT IS FURTHER ORDERED** that Defendant shall file a redacted version of exhibits A and B in the open record in compliance with Rule 5.2.

DATED this 5th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge