JAMES P. KEMP, ESQ.
Nevada Bar No.: 006375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

JONAH AMSEL, JULIO RIVERA, AND EDUARDO MALTMAN,

         Plaintiff,

vs.

DOUGLAS D. GERRARD; DOLORES ELIADES; and, ARISTOTELIS ELIADES; DOES I through X; and, ROES I through X, inclusive,

         Defendants.

Case No.:  2:16:-cv-00999-RFB-GWF

**STIPULATION, REQUEST AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS AMSEL AND RIVERA TO RESPOND TO DEFENDANT GERRARD'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AT ECF NO.  35**

**[FIRST REQUEST]**

    Plaintiffs Amsel and Rivera and Defendant Gerrard, by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiffs Amsel and Rivera's response to Defendant Gerrard's Motion to Dismiss or in the Alternative Motion for Summary Judgment Regarding Claims of Jonah Amsel and Julio Rivera at ECF No. 35.  This Request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. Because this matter is in its infancy and no discovery has been conducted, Plaintiffs require the additional time to adequately investigate and properly respond to the allegations, claims and legal theories brought forth in Defendant Gerrard's Motion for Summary Judgment.

…

1

WHEREFORE, the parties respectfully request that this Court extend the deadline for Plaintiffs Amsel and Rivera to respond to Defendant Gerrard's Motion at ECF No. 35, up to and including July 25, 2016.

Respectfully submitted this 14th day of July, 2016.

| | |
|---|---|
| ____/s/ Victoria L. Neal_____ | ____/s/ Nathan R. Henderson_____ |
| JAMES P. KEMP, ESQ. | DOUGLAS D. GERRARD, ESQ. |
| VICTORIA L. NEAL, ESQ. | NATHAN R. HENDERSON, ESQ. |
| KEMP & KEMP. ATTORNEYS AT LAW | GERRARD COX & LARSEN |
| 7435 W. Azure Drive, Suite 110 | 2450 Saint Rose Parkway, Suite 200 |
| Las Vegas, NV  89130 | Henderson, Nevada 89074 |
| (702) 258-1183 | (702) 796-4000 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *Amsel, Rivera, and Maltman* | *Douglas D. Gerrard* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
**Dated:** __July 19, 2016._____

2

# **CERTIFICATE OF SERVICE**

This is to certify on the date indicated below the within and foregoing document was served via the court's CM/ECF system to the following persons or parties:

All Parties Registered
Through the CM/ECF system.

DATED this 14th day of July, 2016.

                                                /s/ Victoria L. Neal
                                             VICTORIA L. NEAL, ESQ.

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983