1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                               **DISTRICT OF NEVADA**

6

7    JONAH AMSEL,                              )
                                              )
8                    Plaintiff,               )      Case No. 2:16-cv-00999-RFB-GWF
                                              )
9    vs.                                      )      **<u>ORDER</u>**
                                              )
10   DOUGLAS D. GERRARD, DOLORES              )
     ELIADES, and ARISTOTELIS ELIADES,        )
11                                            )
                     Defendants.              )
12   _____ )

13          This matter is before the Court on Defendant Aristotelis Eliades's Motion to Stay Discovery,

14   or in the alternative, Motion to Extend Case Deadlines (ECF No. 62), filed on September 1, 2016.

15   Plaintiff filed his Opposition (ECF No. 71) on September 15, 2016.  Defendant Aristotelis Eliades

16   filed his Reply (ECF No. 74) on September 26, 2016.  The Court conducted a hearing in this matter

17   on October 6, 2016.  The Court granted an 120 day extension of the discovery period and set the

18   expert witness disclosure deadline sixty (60) days from the date of the hearing.  Accordingly,

19          **IT IS HEREBY ORDERED** that that the following discovery plan and scheduling order

20   dates shall apply:

21          1.      Last date to complete discovery: **February 3, 2017**

22          3.      Last date to file interim status report: **December 5, 2016**

23          4.      Last date to disclose experts: **December 5, 2016**

24          5.      Last date to disclose rebuttal experts: **January 4, 2017**

25          6.      Last date to file dispositive motions: **March 6, 2017**

26   . . .

27   . . .

28   . . .

7.    Last date to file joint pretrial order: **April 5, 2017**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 7th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge