# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONAH AMSEL,

    Plaintiff,

vs.

DOUGLAS D. GERRARD, DOLORES ELIADES, and ARISTOTELIS ELIADES,

    Defendants.

Case No. 2:16-cv-00999-RFB-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Order (ECF No. 76) issued on October 7, 2016, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than April 5, 2017. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **April 24, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 14th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge