LISA A. RASMUSSEN, ESQ.
NV Bar No. 7491
Law Office of Lisa Rasmussen
601 South Tenth Street, Suite 100
Las Vegas, NV  89101
(702) 471-1436 | Fax 489-6619
Lisa@LRasmussenLaw.com

Attorneys for Dolores Eliades

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONAH AMSEL, JULIO RIVERA AND EDUARDON MALTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTOTELIS ELIADES, DOLORES ELIADES,<br><br>Defendants. | Case No.: 2:16-CV-999 RFB-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES; AND ORDER** |

COMES NOW the parties, Plaintiffs JONAH AMSEL, JULIO RIVERA AND EDUARDO MALTMAN, by and through their counsel, Victoria Neal, Esq., and Defendants DOLORES ELIADES, by and through her counsel, Lisa Rasmussen, Esq., and ARISTOTELIS ELIADES by and through his counsel, Gregory Miles, Esq., and hereby stipulate as follows:

1. Plaintiffs' Application for Attorney's Fees and costs was filed on May 2, 2022.  ECF 239.

2. A response is due on May 16, 2022.

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES; AND ORDER - 1

3.     Defendants' counsel have requested an extension of time to file a response until June 10, 2022 and the request is based primarily on Ms. Rasmussen's pending deadlines which include a petition for rehearing due in the Ninth Circuit Court of Appeals on June 3, 2022 in <u>United States v. Hylton</u>, 30 F.4th 842 (9th Cir. April 5, 2022).

4.     Plaintiffs' counsel has no opposition to the request for extension of time to June 10, 2022.

5.     This request is not made for the purpose of delay, but is instead made in due diligence, considering the allocation of time necessary to the response.

IT IS SO STIPULATED.

Dated May 10, 2022

**The Law Offices of Kristina Wildeveld & Associates**

<u>/s/   Lisa A. Rasmussen</u>
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Counsel for Dolores Eliades

**Royal & Miles, LLP**

<u>/s/ Gregory A. Miles</u>
GREGORY A. MILES, ESQ.
Nevada Bar No. 4336
Counsel for Aristotelis Eliades

**Kemp & Kemp,**

<u>/s/ Victoria L Neal</u>
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
Counsel for Plaintiffs

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES; AND ORDER - 2

**ORDER**

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the request to extend time to file a response to Plaintiff's Motion for Attorney's Fees (ECF 129) is GRANTED.

IT IS FURTHER ORDERED that Defendants may file their Response to ECF 239 on or before June 10, 2022.

Dated: May 19, 2022.

_____
The Honorable Richard F. Boulware
United States District Judge

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES; AND ORDER - 3