AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Julio Rivera,

          Plaintiff,

v.

Aristotelis Eliades, et al.,

          Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-00999-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff's Counsel is entitled to $200,000.00 in fees and $11,226.70 in costs.

03/17/2023
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk